Chicago Title and Trust Company, Trustee, Appellee, v. Two-O-One East Delaware Place Building Corporation et al., Defendants.
Minnie H. Case, Appellant, v. Chicago Title and Trust Company, Trustee, et al., Appellees.

Gen. No. 41,234.

opinion filed February 26, 1941; rehearing denied March 10, 1941. Walter Hamilton, for appellant; Gottlieb & Schwartz, for certain appellee; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain other appellees; Winston, Strawn & Shaw, for certain other appellee. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''